IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:23-cv-401-XR |
| KUYRENDALL INVESTMENTS, LP, ) | |
| COUNTRY VILLAGE PLAZA, ) | |
| ) | |
| Defendant(s). ) | |

## JOINT NOTICE OF SETTLEMENT

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: July 6, 2023.

Respectfully submitted,

/s/  Dennis R. Kurz
Dennis R. Kurz
*Attorney-in-Charge for Plaintiff*
Texas State Bar ID No. 24068183
KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339

1

2

Tele: (404) 805-2494
Fax: (770) 428-5356
Email: dennis@kurzlawgroup.com
ATTORNEYS FOR PLAINTIFF

/s/  D. Wade Hayden
D. Wade Hayden
*Attorney-in-Charge for Defendant*
Texas State Bar ID No. 00784230
Hayden & Cunningham, PLLC
7750 Broadway
San Antonio, Texas 78209
(210) 826-7750  Ext. 1010
(210) 822-0916 - Facsimile
whayden@7750law.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on July 6, 2023.

Hayden & Cunningham, PLLC
7750 Broadway
San Antonio, Texas 78209
(210) 826-7750  Ext. 1010
(210) 822-0916 - Facsimile
whayden@7750law.com
*Attorney-in-Charge for Defendant*

/s/  Dennis R. Kurz
Dennis R. Kurz, Esq.
Texas Bar No. 24068183