UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>KUYRENDALL INVESTMENTS, LP, §<br>§<br>*Defendant*. §<br>§ | Civil Action No. SA-23-CV-00401-XR |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE THIS CAUSE

On this day, the Court considered the status of this case. Pending before the Court is the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice. ECF No. 9. The Court has carefully considered the Joint Stipulation and Consent Decree and finds that it should be **GRANTED**.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice Kuyrendall Investments, LP d/b/a Country Village Plaza is **GRANTED**.

2. The Court **APPROVES** the Consent Decree.

3. The Court retains jurisdiction to enforce the Consent Decree.

4. Each party is to bear their own attorney's fees and costs except as otherwise detailed in the parties' Consent Decree.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** July 12, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE
